Zieve, Brodnax & Steele, LLP
Erin M. McCartney, Esq. #308803
Mark S. Krause, Esq. #302735
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:	(714) 848-7920
Facsimile:	(714) 908-7807
Email:	bankruptcy@zbslaw.com

Attorneys for Secured Creditor, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>Susan B. Elliott,<br>aka Susan Blackhurst Elliott,<br><br>                Debtor. | Case No.: 19-50393<br><br>Chapter: 13<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**Hearing:**<br>Date: TPL<br>Time:<br>Courtroom:<br>Place: |

**TO THE HONORABLE STEPHEN L JOHNSON, DEBTOR, DEBTOR'S ATTORNEY OF RECORD, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

1

**PLEASE TAKE NOTICE** that Secured Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1, hereby withdraws its Objection to Confirmation of Chapter 13 Plan ("Objection"), which was filed on April 15, 2019 and referenced as Docket No. 15.  Said Objection is withdrawn without prejudice to file at a later date, if necessary and appropriate.

Dated: May 23, 2019               Zieve, Brodnax & Steele, LLP

/s/ Erin M. McCartney
Erin M. McCartney, Esq.
Attorney for Secured Creditor,
U.S. Bank Trust National Association*